AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Charles Carrington
80 Woodbole Ave., #164
Mattapan, MA

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1044-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Charles Carrington _____
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Bank Robbery

in violation of Title 18 United States Code, Section(s) 2113(a)

Judith G. Dein
Name of Issuing Officer

_Judith Gayl Dein_
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

2/18/05  Boston, MA
Date and Location

RECEIVED
2005 FEB 18 P 12:04
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS Peter Roxbury |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/18/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.