UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO. 05-CR-10074-PBS
v.                          )    VIOLATION:
                            )    18 U.S.C. §2113(a)
CHARLES CARRINGTON          )    (Bank Robbery)
                            )

INDICTMENT

COUNT ONE:    (18 U.S.C. §2113(a)--Bank Robbery)

The Grand Jury charges that:

On or about December 28, 2004, at Jamaica Plain, in the District of Massachusetts,

CHARLES CARRINGTON,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Bank of America, 315 Centre Street, Jamaica Plain, Massachusetts, money in the amount of $1,810, more or less, belonging to and in the care, custody, control, management and possession of the said Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, March 23, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk  2:33 pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| | |
|---|---|
| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  
City: Boston  
County: Suffolk

**Category No.** II   **Investigating Agency** FBI

**Related Case Information:** 05-cr-10074-PBS  
Superseding Ind./ Inf. _____ Case No. _____  
Same Defendant X   New Defendant _____  
Magistrate Judge Case Number: 05-1044-JGD  
Search Warrant Case Number: _____  
R 20/R 40 from District of: _____

**Defendant Information:**

Defendant Name: Charles Carrington    Juvenile: ☐ Yes  ☒ No  
Alias Name: _____  
Address: 80 Woodbole Ave., #164, Mattapan, MA  
Birth date: 1966   SS#: *** ** 2853   Sex: M   Race: B   Nationality: U.S.A.  
Defense Counsel if known: Mark Shea    Address: _____  
Bar Number: _____

**U.S. Attorney Information:**

AUSA: William H. Connolly    Bar Number if applicable: 634501  
Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____  
Matter to be SEALED: ☐ Yes  ☒ No  
☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: _____  
☒ Already in Federal Custody as pending a release hearing in Plymouth  
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial  
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment  
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/28/05    Signature of AUSA: [signed] W.H. Connolly

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant     Charles Carrington

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 2113(a) | Bank Robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant     Charles Carrington

JS 45.wpd - 3/13/02