UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10074-PBS

UNITED STATES OF AMERICA

v.

CHARLES CARRINGTON

**FURTHER ORDER ON EXCLUDABLE TIME**

May 13, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 13, 2005 through June 16, 2005,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated March 31, 2005 and this order, at the time of the Final Status Conference on June 16, 2005, there will be fifteen (15) days of non-excludable time under the Speedy Trial Act (April 28, 2005 - May 12, 2005) and fifty-five (55) days will remain under the Speedy Trial Act in which this case must be tried.

       / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge