UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10074-PBS

UNITED STATES OF AMERICA

v.

CHARLES CARRINGTON

## FURTHER ORDER ON EXCLUDABLE TIME

June 16, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 16, 2005 through August 8, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated March 31, 2005, May 13, 2005 and this order, at the time of the Final Status Conference on August 8, 2005, there will be fifteen (15) days of non-excludable time under the Speedy Trial Act (April 28, 2005 - May 12, 2005) and fifty-five (55) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge