UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Criminal No. 05-10074-PBS

CHARLES CARRINGTON

### APPLICATION FOR SERVICES: PRIVATE INVESTIGATOR

Request is hereby made on behalf of Charles Carrington to allow the payment of expert fees in excess of the $300.00 guideline for an investigator.

Such request is based upon the Declaration of Mark W. Shea, counsel appointed for Charles Carrington, and all pleadings in the matter herein.

### DECLARATION OF MARK W. SHEA

I, Mark W. Shea, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Charles Carrington;

2. Mr. Carrington is charged with bank robbery;

3. The defense requires an investigator to contact and interview witnesses;

4. I have enlisted the services of a private investigator, who charges $75.00 per hour;

5. At the current CJA rate, the $300.00 guideline does not permit sufficient time for the investigator's services;

1

6. Based on the above, counsel for defense requests fees up to $750.00 for an investigator, which will include contacting and interviewing witnesses, a written report, and conference with counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2005.

/s/ Mark W. Shea
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:     617.577.8722
facsimile:     617.577.7897
e-mail:        mwshea@slrw.net

2