UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10074-PBS

UNITED STATES OF AMERICA

v.

CHARLES CARRINGTON

**FINAL STATUS REPORT**

August 8, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Monday, August 8, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary, although the parties are continuing their discussions.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant intends to file a motion to suppress. The motion shall be filed by September 8, 2005.

5. Based upon the prior orders of the court dated March 31, 2005, May 13, 2005, and June 16, 2005, at the time of the Final Status Conference on August 8, 2005, there were fifteen (15) days of non-excludable time under the Speedy Trial Act (April 28, 2005 - May 12, 2005) and **fifty-five (55) days remaining** under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through September 8, 2005 to enable the defendant time to prepare his motion. The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, the government's case will take approximately four (4) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


        / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE