UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10074-PBS

UNITED STATES OF AMERICA

v.

CHARLES CARRINGTON

**FURTHER ORDER ON EXCLUDABLE TIME**

August 8, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 8, 2005 through September 8, 2005

that being the period between the Final Status Conference and the date by which the defendant shall file his dispositive motions.

Based upon the prior orders of the court dated March 31, 2005, May 13, 2005, June 16, 2005 and this order, as of September 8, 2005 there will be fifteen (15) days of non-excludable time under the Speedy Trial Act (April 28, 2005 - May 12, 2005) and fifty-five (55) days will remain under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge