UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                              CRIMINAL ACTION
                                              NO.   05-10074-PBS

    v.

CHARLES CARRINGTON

## NOTICE OF MOTION HEARING/PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                        August 10, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Dispositive Motions, or a Pretrial Conference on **October 5, 2005, at 3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                       By the Court,

                                                                                       _/s/ Robert C. Alba__
                                                                                      Deputy Clerk

Copies to:  All Counsel