UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

## MOTION TO SUPPRESS IDENTIFICATION

Now comes the defendant in the above-entitled action and hereby respectfully moves this Honorable Court, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, to order the suppression of all in-court and out-of-court identification of the defendant by Felizberta C. Monteiro.

As reasons therefore, the defendant states that the identification was the result of a procedure so impermissibly suggestive as to give rise to a substantial likelihood of irreparable misidentification. These actions were in violation of rights guaranteed by the Fourth Amendment to the U.S. Constitution. *Mason v. Brathwaite*, 432 U.S. 98, 97 S.Ct. 2243, 53 L.Ed.2d 140 (1977). The suggestive and illegal identification procedure has tainted all subsequent identifications. *United States v. Foppe*, 993 F.2d 1444 (9th Cir. 1993).

The defendant requests an evidentiary hearing on this motion.

CHARLES CARRINGTON
By his attorney,

/s/ Mark W. Shea
Mark W. Shea
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722 (tel)
617.577.7897 (fax)
mwshea@slrw.net

1