UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON


**AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS IDENTIFICATION**


I, Mark W. Shea, state the following under the pains and penalties of perjury:

1.      I represent the defendant Charles Carrington.

2.      I have received discovery provided to me by the Government, including police and FBI

   reports.

3.      After careful review, in my opinion the identification of the defendant made by

   Felizberta C. Monteiro was the result of procedures so impermissibly suggestive as to

   give rise to a substantial likelihood of irreparable misidentification.

Dated this 9th day of September 2005.



/s/  Mark W. Shea
Mark W. Shea, Esq.
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722