```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

                                  )
UNITED STATES OF AMERICA          )
                                  )
v.                                )    Crim No. 05-10074-PBS
                                  )
CHARLES CARRINGTON                )
                                  )
```

GOVERNMENT'S MOTION TO EXTEND TIME FOR FILING

The government hereby requests an extension of time within which the government must respond to the defendant's motion to suppress statements. The government's response is due on or before September 22, 2005.

The government is hereby requesting an extension to September 30, 2005 to file its response. As grounds for this motion, the government states that AUSA William Connolly completed a week-long trial in the case of United States v. Trevis Catron, # 04-10108-MEL, on Friday, September 16, 2005. Due to the preparation and trial of the Catron case, AUSA Connolly has not had sufficient time to prepare the government's response. In addition, AUSA Connolly will be in Arizona on a work-related matter from September 26-28, 2005.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ William H. Connolly
                              William H. Connolly
                              Assistant U.S. Attorney
DATE:    September 22, 2005
```

-1-