UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2005 OCT -3  A  ? 13

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

UNITED STATES OF AMERICA

v.   Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

### DEFENDANT'S MOTION TO SEAL

Charles Carrington, defendant in the above-captioned case, hereby moves to seal the attached Confidential Psychological Report.

Respectfully submitted,
CHARLES CARRINGTON
By his attorney

_____
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

### Certificate of Service

I hereby certify that I served the foregoing Motion to Seal with attached report upon the government by hand delivery to: William Connolly, U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston MA 02210, on ~~September 29~~, Oct. 3 2005.

_____
Mark W. Shea

1