AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States of America
V.
Charles Carrington

**EXHIBIT** ▓▓▓▓▓▓ **LIST**

Case Number: 05-CR-10074-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Bill Connolly | Mark Shea |
| TRIAL DATE (S) 10-5-05, 10-21 | COURT REPORTER | COURTROOM DEPUTY |
| | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/5/05 | | ✓ | ADVICE OF RIGHTS FORM SIGNED BY CARRINGTON |
| 2 | | 10/5/05 | | ✓ | CASSETTE TAPE OF CARRINGTON POLICE INTERVIEW |
| 3 | | 10/5/05 | | ✓ | US PRETRIAL SERVICES RECORD — CARRINGTON |
| 4 | | 10/5/05 | | ✓ | BOSTON POLICE BOOKING FORM — CARRINGTON |
| | 5 | 10/21/05 | | ✓ | SUMMARY OF CLIENT EVALUATION |
| | 6 | 10/21/05 | | ✓ | ~~ORDER OF COMMITMENT~~ CERTIFICATION OF COMPLETION |
| | 7 | 10/21/05 | | ✓ | ORDER OF COMMITMENT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages