⹀AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

United States of America
V.
Charles Carrington

 WITNESS LIST

Case Number:   05-CR-10074-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Bill Connolly | Mark Shea |
| TRIAL DATE (S) 10-5-05, 10-21 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 10/5/05 |   |   | CARMEN RODRIGUEZ — BOSTON P.D. |
|   | 1 | 10/21/05 |   |   | ERIC MART |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages