UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                      Criminal No. 05-10074-PBS

CHARLES CARRINGTON

### APPLICATION FOR SERVICES:  TRANSCRIPT

Defendant Charles Carrington moves to be provided, at court expense, with a transcript of the plea hearing dated July 3, 1997 and the sentencing hearing dated September 22, 1997 for the case of United States v. Carrington, docket number 97-cr-10104-DPW.

As grounds for this motion, defendant states that he has been found to be indigent and that the transcript is necessary to prepare for his trial in the case at bar, and any hearing on the violation of his supervised release in case number 97-10104.

CHARLES CARRINGTON
By His Attorney


/s/ MARK W. SHEA                         Dated: January 18, 2006
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood. LLP
47 Third Street, Suite 201
Cambridge, MA 02141-1265
617.577.8722

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2006.

/s/ Mark W. Shea
MARK W. SHEA

| | | | |
|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>MAX | 2. PERSON REPRESENTED<br>CARRINGTON, CHARLES | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>05-10074 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>US v Charles Carrington | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other: | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 USC § 2113(a) - Bank Robbery

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Hearing re: violation of supervised release & detention hearing

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
US v Carrington 97-10104-DPW: Change of Plea
Sentencing

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_[signature]_  Date: 1-18-06
Signature of Attorney
MARK W. SHEA
Printed Name
Telephone Number: 617.577.8722
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order _____   Nunc Pro Tunc Date _____

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

20. TRANSCRIPT

| | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT   24. AMOUNT APPROVED

Signature of Judicial Officer or Clerk of Court _____   Date _____

```
 1

 2

 3                        PAMELA R. OWENS

 4       JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE

 5              1 COURTHOUSE WAY, SUITE 3200

 6              BOSTON, MASSACHUSETTS  02210

 7                     APRIL 27, 2005

 8                  AUGUST 1, 2005 (2ND NOTICE)

         TO:  MARK W. SHEA, ESQ.

10            45 Third Street, Suite 201

11            Cambridge, MA  02141-1265

12

13       IN RE:    CR-97-10104-DPW -- UNITED STATES VS

14                          CHARLES CARRINGTON

15       ----------------------------------------------------

16       For providing a copy of the following transcripts:


18            Plea, 7/3/97, 18 pgs

19            Sentencing, 9/22/97, 24 pgs.

20               Total of 42 pgs @      pg.        $   34.86

21

22       SSN ███████54

23

24

25
```