```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
         v.                   )
                              )    Criminal No. 05-10074-PBS
                              )
CHARLES CARRINGTON,           )
                              )
              Defendant       )
```

### NOTICE OF AGREEMENT TO APPOINTMENT OF EXAMINER TO EVALUATE DEFENDANT'S COMPETENCY TO STAND TRIAL

The parties have conferred and hereby agree to the appointment of Thomas G. Gutheil, M.D., Program in Psychiatry and the Law, Massachusetts Mental Health Center, 74 Fenwood Road, Boston, MA 02115, to conduct an examination of the defendant to determine his competency to stand trial.

```
CHARLES CARRINGTON                    The United States
By his attorney,                      By,


/s/ MARK SHEA (WHC)                   /s/ William H. Connolly
Counsel for defendant                 Assistant U.S. Attorney
```

April 4, 2006

1