```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
        v.                  )
                            )     Criminal No. 05-10074-PBS
                            )
CHARLES CARRINGTON,         )
                            )
            Defendant       )
```

## ORDER APPOINTING EXAMINER TO EVALUATE DEFENDANT'S COMPETENCY TO STAND TRIAL

Pursuant to Title 18, United States Code, Section 4241(b), the Court hereby appoints Thomas G. Gutheil, M.D., Program in Psychiatry and the Law, Massachusetts Mental Health Center, 74 Fenwood Road, Boston, MA 02115, to conduct an examination of the defendant to determine his competency to stand trial. By agreement of the parties and by order of this Court, the examination shall be conducted at the Plymouth County House of Correction, where the defendant is currently being held pending trial. Pursuant to Title 18, United States Code, Section 4247(c) Doctor Gutheil shall file a report with the Court, including his findings and an opinion as to the defendant's competency to stand trial, with copies of said report forwarded to Assistant U.S. Attorney William H. Connolly and counsel for the defendant, Mark Shea, Shea, LaRocque & Wood, 47 3rd Street, Cambridge, MA 02141. The report shall include the defendant's history and present symptoms; a description of the psychiatric, psychological, and

1

medical tests that were employed and their results; the examiner's findings; and the examiners opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the consequences of the proceedings against him or to assist properly in his defense.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE