UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                                Criminal No. 05-10074-PBS

CHARLES CARRINGTON

### EX PARTE APPLICATION FOR SERVICES

Request is hereby made on behalf of Charles Carrington to allow the payment of expert fees for a psychologist in excess of the $300.00 guideline.

Such request is based upon the Declaration of Mark W. Shea, counsel appointed for Charles Carrington, and all pleadings in the matter herein.

### DECLARATION OF MARK W. SHEA

I, Mark W. Shea, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Charles Carrington;

2. Mr. Carrington is charged with bank robbery;

3. In the course of preparing for the defense it had come to my attention that Mr. Carrington had severe cognitive difficulties, and may be mentally retarded, or borderline retarded;

4. The defense required a qualified psychologist to conduct the specialized cognitive tests to make the diagnosis of mental retardation;

5. I enlisted the services of Eric Mart, Ph.D., a board certified forensic psychologist who has extensive experience regarding assessment of people with cognitive disorders;

6. Dr. Mart's expertise is being used to assist the defendant at his sentencing in regards to possible downward departures, and regarding the competence of the defendant to have waived his *Miranda* rights;

1

*[handwritten marginalia: "6/13/06 allowed Patti Saris"]*

7. At the current CJA rate, the $300.00 guideline did not permit sufficient time for Dr. Mart's services;

8. This court previously approved the defendant's ex parte motion for funds for Dr. Mart in the amount of $1,800 (#12, approved on March 24, 2005);

9. Dr. Mart has incurred additional expenses in the amount of $2,120;

10. Based on the above, counsel for defense requests fees up to $2,120.00 for Dr. Mart, which included an evaluation of Mr. Carrington, a written report, and conference with counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June, 2006.

/s/ Mark Shea

Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA  02141-1265
telephone:   617.577.8722
facsimile:    617.577.7897
e-mail:        mwshea@slrw.net

2