UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                        CRIMINAL ACTION
                        NO.  05-10074-PBS

v.

CHARLES CARRINGTON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                June 23, 2006

      Please take notice that a Status Conference has been **scheduled** for **July 10, 2006, at 4:00 p.m.** in Courtroom 19, 7th Floor, United States District Court, 1 Courthouse way, Boston, Massachusetts.

                                                                    By the Court,

                                                                    /s/ Robert C. Alba
                                                                    Deputy Clerk

Copies to:  All Counsel