UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
05-10074-PBS

UNITED STATES OF AMERICA

v.

CHARLES CARRINGTON

ORDER

August 3, 2006

SARIS, J.

Upon the government's motion for determination and disposition regarding mental competency, and after a hearing conducted pursuant to 18 U.S.C. § 4241(c) and § 4247(d), the Court finds that defendant Charles Carrington is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Pursuant to 18 U.S.C. § 4241(d)(1), the Court hereby commits defendant Charles Carrington to the custody of the Attorney General for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial of this matter to proceed.

UNITED STATES JUDGE