UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

## DEFENDANT'S MOTION TO COMPEL

The defendant Charles Carrington, by and through undersigned counsel, hereby moves to compel the United States Marshals Service to comply with this Court's Order, dated August 3, 2006 (docket entry 36), to commit him to the custody of the Attorney General to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial of this matter to proceed.  As reason therefore, as of this date the defendant remains in custody at the Plymouth County Correctional Facility and has not been transferred to the custody of the Attorney General for a determination of whether he may be brought to competency.

Respectfully submitted,
CHARLES CARRINGTON
By his attorney

/s/ MARK W. SHEA                          Dated:  October 10, 2006
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 10, 2006.

/s/ Mark W. Shea
MARK W. SHEA