UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                                      Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

**DEFENDANT'S MOTION FOR VIDEO CONFERENCE**

The defendant Charles Carrington, by and through undersigned counsel, hereby moves for an order allowing the defendant to appear via live video for the next status hearing date, currently scheduled for November 16, 2006 at 3:00 p.m.

As reasons therefore, on or about August 3, 2006, this Court ordered that the defendant to be transferred to the custody of the Attorney General "for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial of this matter to proceed." (Docket Entry 36). However, the defendant was not transferred to the Medical Center for Federal Prisoners (MCFP) in Springfield, Missouri, where he is to undergo treatment, until on or about October 30, 2006. According to Dr. Lea Ann Preston,

1

the person who will be treating the defendant at MCFP, he is not expected to be

returned to Massachusetts until February 2007.


Respectfully submitted,
CHARLES CARRINGTON
By his attorney


/s/ MARK W. SHEA                           Dated:  November 1, 2006
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 1, 2006.

/s/ Mark W. Shea
MARK W. SHEA