

**U.S. Department of Justice**
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

*Springfield, MO 65801-4000*

October 30, 2006

The Honorable Patti B. Saris
United States Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

RE:   CARRINGTON, Charles
      Reg. No. 21536-038
      Docket No. 05-10074-PBS

Dear Judge Saris:

The above-named inmate was received at the United States Medical Center for Federal Prisoners on October 26, 2006, for psychological evaluation under Title 18 U.S.C. 4241(d). Mr. Carrington will remain at this facility for up to four months in attempt to restore competency for trial. The final staffing date is scheduled for February 25, 2007. A copy of the requested psychological study will follow.

If you have any questions or require additional information, Mr. Carrington is being seen by Dr. Lea Ann Preston. Dr. Preston may be reached at (417)862-7041, extension 567.

Sincerely,

J. M. Roberts
Unit Manager
Mental Health Unit