UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                              Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

## MOTION TO DISMISS

Charles Carrington, through undersigned counsel, requests this Court to dismiss the charges brought against him based on a violation of his due process rights under the Fifth and Fourteenth Amendments to the United States Constitution.

Respectfully submitted,
CHARLES CARRINGTON
By his attorney

/s/ MARK W. SHEA                         Dated:  February 21, 2007
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 21, 2007.

/s/ Mark W. Shea
MARK W. SHEA