UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                             Criminal No. 05 CR 10074-PBS

Charles Carrington

### ORDER

Having found that the Defendant's four month commitment under 18 U.S.C. § 4241 has expired it is hereby ordered by the Court that Charles Carrington, the Defendant, be immediately released by the Bureau of Prisons and is committed to the custody of the U.S. Marshal. It is further ordered that the Defendant be returned to this Court on March 14, 2007. The Defendant's presence is required for a hearing as to 18 U.S.C. § 4246.

By order of the Court

_____          Dated: __2/27/06__
Justice