UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

      v.                            Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON


### MOTION TO STRIKE COMPETENCY DETERMINATION


Charles Carrington, through undersigned counsel, respectfully requests that this Court

strike the competency determination of the U.S. Medical Center for Federal Prisoners based on a

violation of 18 U.S.C. § 4241 and violation of his due process rights under the Fifth and

Fourteenth Amendments to the United States Constitution.


Respectfully submitted,
CHARLES CARRINGTON
By his attorney



/s/ MARK W. SHEA                 Dated:  March 22, 2007
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722


### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 22, 2007.

/s/ Mark W. Shea
MARK W. SHEA