UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                    Criminal No. 05 CR 10074-PBS

Charles Carrington

**ORDER**

It is hereby ordered by the Court that the property of Charles Carrington, at the Plymouth House of Correction, be stored and maintained until his return on or about April 17th, 2007.

By order of the Court

_____           Dated: 3/17/07
Justice