```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
       v.                   )
                            )     Criminal No. 05-10074-PBS
                            )
CHARLES CARRINGTON,         )
                            )
          Defendant         )
```

## NOTICE

At a competency hearing on March 22, 2007, the Court asked the government and the defense to provide copies of their experts' test data to opposing counsel. Each party agreed.

The government hereby notifies the Court that Dr. Robert Denney and Dr. Lea-Ann Preston have advised the government that ethical rules preclude dissemination of their test data to a non-psychologist. Accordingly, the government has asked Dr. Denney and Dr. Preston to disclose the test data to the defendant's expert, Dr. Eric Mart. Once the material is disclosed to Dr. Mart, counsel for the defendant may review the material with Dr. Mart.

Respectfully Submitted,

/s/ William H. Connolly
Assistant U.S. Attorney

DATE: April 2, 2007

1