AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

United States
V.
Charles Carrington

**EXHIBIT** ~~████~~ **LIST**

Case Number: 05-CR-10074-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Bill Connolly | Mark Shea |
| TRIAL DATE (S) 3/22/07, 4/6/07, 5/1/07 | COURT REPORTER  Lee Marzilli | COURTROOM DEPUTY  Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/22/07 | | ✓ | CV OF ROBERT L. DENNEY |
| 2 | | 3/22/07 | | ✓ | REPORT BY ROBERT L. DENNEY |
| 3 | | 3/22/07 | | ✓ | CV OF LEA ANN DAVIS PRESTON |
| 4 | | 3/22/07 | | ✓ | REPORT BY LEA ANN DAVIS PRESTON |
| | 5 | 3/22/07 | | ✓ | REPORT BY ERIC MART |
| | 6 | 5/1/07 | | ✓ | CRIMINAL COMPLAINT AFFIDAVIT |
| | 7 | 5/1/07 | | ✓ | PSR FROM PRIOR OFFENSE |
| | 8 | 5/1/07 | | ✓ | THREE TRANSCRIPTS |
| | 9 | 5/1/07 | | ✓ | NOTES FROM ADMIN HEARING & COMP RESTORATION GROUP |
| | 10 | 5/1/07 | | ✓ | CD'S OF PHONE CONVERSATIONS W/TRANSCRIPTS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages