AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

United States
V.
Charles Carrington

 WITNESS LIST

Case Number: 05-CR-10074-PBS

| PRESIDING JUDGE  Patti B. Saris | PLAINTIFF'S ATTORNEY  Bill Connolly | DEFENDANT'S ATTORNEY  Mark Shea |
|---|---|---|
| TRIAL DATE (S) 3/22/07, 4/6/07, 5/1/07 | COURT REPORTER  Lee Marzilli | COURTROOM DEPUTY  Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 3/22/07 4/6/07 |   |   | ROBERT L. DEWNEY |
| 2 |   | 4/9/07 |   |   | LEA ANN PRESTON |
|   | 1 | 5-1-07 |   |   | ERIC MART |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.