UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

## NOTICE OF APPEARANCE

Attorney Jean C. LaRocque hereby enters her appearance as counsel of record for the defendant Charles Carrington.

Respectfully submitted,

/s/ JEAN C. LaROCQUE
Jean C. LaRocque
BBO No. 559376
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:     617.577.8722
facsimile:     617.577.7897
e-mail:        jean.larocque@gmail.com

Dated:  May 18, 2007

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 18, 2007.

/s/ Jean C. LaRocque
JEAN C. LaROCQUE