UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   v.                                                   Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE HEARING**

NOW COMES the defendant in the above-entitled matter and hereby moves, by and through undersigned counsel, that the hearing in this matter presently scheduled for July 18, 2007 be continued to July 24, 2007, or another date convenient to the Court. As grounds therefore, undersigned counsel states that he is currently on trial in the case of United States v. Garrasteguy, 06-cr-10320-WGY. The delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

The Assistant U.S. Attorney has assented to this continuance.

Respectfully submitted,
CHARLES CARRINGTON
By his attorney

/s/ Mark W. Shea
Mark W. Shea
BBO No. 558319
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 18, 2007.

/s/ Mark W. Shea
MARK W. SHEA