UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                                    Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE TRIAL**

      NOW COMES the defendant in the above-entitled matter and hereby moves, by and through undersigned counsel, that the trial in this matter presently scheduled for September 4, 2007 be continued to another date convenient to the Court. As grounds therefore, undersigned counsel states that his expert is not available to assess the Defendant for criminal responsibility until mid September. The delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

      The Assistant U.S. Attorney has assented to this continuance as the Government cannot prepare until apprised of the Defense's intentions regarding criminal responsibility.

Respectfully submitted,
CHARLES CARRINGTON
By his attorney
/s/ Mark W. Shea
Mark W. Shea
BBO No. 558319
47 Third Street, Suite 201
Cambridge MA 02141-1265
617.577.8722

**Certificate of Service**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 24, 2007.

/s/ Mark W. Shea

MARK W. SHEA