UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                      Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

**NOTICE OF INTENT TO ASSERT LACK OF CRIMINAL RESPONSIBILITY DEFENSE**

Defendant, Charles Carrington, hereby gives notice, pursuant to Fed.R.Crim.P. 12.2, that he intends to assert a defense of lack of criminal responsibility for the above-referenced case.

Respectfully Submitted,

CHARLES CARRINGTON
By his attorney,

/s/ Mark W. Shea
Mark W. Shea
SHEA, LaROCQUE & WOOD, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141-1265
(617) 577-8722

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2007.

/s/ Mark W. Shea
Mark W. Shea

1