UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    )
    )
       V.    )    CRIMINAL NO. 05 CR 10074-PBS
    )
CHARLES CARRINGTON    )
    )

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kenneth G. Shine
KENNETH G. SHINE
October 4, 2007    Assistant U.S. Attorney
(617) 748-3686

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.

/s/ Kenneth G. Shine
Kenneth G. Shine
Assistant U.S. Attorney