UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

    v.                            Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that defendant Charles Carrington, by undersigned counsel, hereby appeals to the United States Court of Appeals for the First Circuit from final judgment, conviction and sentence entered on March 20, 2008.


CHARLES CARRINGTON
By His Attorney,


/s/  Mark W. Shea                       Dated:  March 29, 2008
MARK W. SHEA
Shea and LaRocque
47 Third Street, Suite 201
Cambridge, MA  02141-1265
617.577.8722 telephone
617.577.7897 facsimile
markwshea@gmail.com


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 29, 2008.

/s/ Mark W. Shea
MARK W. SHEA

1