UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10074

United States of America

v.

Charles Carrington

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-11, 13-61, 63-68, 70-74

No Sealed Document

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/29/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 17, 2008.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/17/08.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED, VICTIM

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10074-PBS-1

| | |
|---|---|
| Case title: USA v. Carrington | Date Filed: 03/23/2005 |
| Magistrate judge case number: 1:05-mj-01044-JGD | Date Terminated: 03/20/2008 |

Assigned to: Judge Patti B. Saris

**Defendant (1)**

| | | |
|---|---|---|
| **Charles Carrington**<br>*TERMINATED: 03/20/2008* | represented by | **Mark W. Shea**<br>Shea & LaRocque<br>Suite 201<br>47 Third Street<br>Cambridge, MA 02141-1265<br>617-577-8722<br>Fax: 617-577-7897<br>Email: markwshea@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Jean C LaRocque**<br>Shea & LaRocque<br>Suite 201<br>47 Third Street<br>Cambridge, MA 02141-1265<br>617-577-8722<br>Fax: 617-577-7897<br>Email: jean.larocque@gmail.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 151 months. Defendant to receive credit for time served from 12/28/04. The Court makes a recommendation to a facility with the 500 hour drug treatment program, with |

| | |
|---|---|
| 18:2113 (a)BANK ROBBERY BY FORCE OR VIOLENCE<br>(1) | the c-pap program, and with mental health treatment capabilities. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months with conditions: First three months of SR to be served in a drug treatment program; mental health counseling; drug testing not to exceed 104/year; get G.E.D. The $100 Special Assessment is due immediately. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2113A.F-BANK ROBBERY BY FORCE OR VIOLENCE | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Kenneth G. Shine**<br>United States Attorney's Office<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3686<br>Fax: 617-748-3954<br>Email: kenneth.shine@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William H. Connolly**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3174 |

Fax: 617-748-3960
Email: William.Connolly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2005 | 1 | COMPLAINT as to Charles Carrington (1). (Simeone, Maria) [1:05-mj-01044-JGD] (Entered: 02/18/2005) |
| 02/18/2005 |  | Attorney update in case as to Charles Carrington. Attorney Mark W. Shea for Charles Carrington added. (Quinn, Thomas) [1:05-mj-01044-JGD] (Entered: 02/18/2005) |
| 02/18/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Charles Carrington held on 2/18/2005; AUSA Connolly and Attorney Shea for the dft.; USMJ Dein informs the dft. of is rights and charges; Dft. submits cja 23 and requests counsel; Attorney Sea is appointed; Govt. moves for detention and continuance; Dft. requests continuance 2/28/05 @ 3:15pm. USMJ Dein orders the dft to temporary detention pending hearing on 2/28/05. (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01044-JGD] (Entered: 02/18/2005) |
| 02/28/2005 | 3 | Arrest Warrant Returned Executed on 2/18/05. as to Charles Carrington. (Simeone, Maria) [1:05-mj-01044-JGD] (Entered: 03/03/2005) |
| 02/28/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein :Detention Hearing as to Charles Carrington held on 2/28/2005; Atty Bill Connolly for govt; Atty Mark Shea for deft; September Brown for pre-trial; Deft waives probable cause; Letters handed up in open court on behalf of the deft-returned to defense lawyer at the end of the hearing; Court hears Govt as to detention; Govt moves for detention stating no conditions for release; defense requests in-patient treatment at the discretion of pre-trial services; Court takes short recess; court returns prepared to release deft to in-patient drug treatment subject to the following conditions; deft is ordered to resolve the pending probation violation and immediately notify the court; deft is ordered to reappear in this court when the matter is resolved; Court will then release deft to in-patient drug treatment when a bed is made available; deft remanded to the custody of the US Marshal. (Court Reporter digital.) (Simeone, Maria) [1:05-mj-01044-JGD] (Entered: 03/04/2005) |
| 03/23/2005 | 5 | INDICTMENT as to Charles Carrington (1) count(s) 1. (Smith3, Dianne) (Entered: 03/24/2005) |
| 03/23/2005 | 6 | Judge Patti B. Saris : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial as to Charles Carrington (Smith3, Dianne) (Entered: 03/24/2005) |
| 03/31/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Charles Carrington (1) Count 1 held on 3/31/2005, Plea entered by Charles Carrington Not Guilty on count one.; |

|  |  |  |
|---|---|---|
|  |  | AUSA Moore and Attorney Shea for the dft.; Dft. will proceed with automatic discovery and 1st status conference is set for 5/11/05 @ 3:00pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/31/2005) |
| 03/31/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Charles Carrington held on 3/31/2005; AUSA Moore and Attorney Norris report this case is ready to be sent to the district court. USMJ Dein will issue report and return file to the district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/31/2005) |
| 03/31/2005 | 7 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Charles Carrington. Status Conference set for 5/11/2005 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 04/01/2005) |
| 03/31/2005 | 8 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Charles Carrington. Time excluded from 3/31/05 until 4/28/05. (Dambrosio, Jolyne) (Entered: 04/01/2005) |
| 04/28/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Charles Carrington held on 4/28/2005; AUSA Connolly and Attorney Shea for the dft.; USMJ Dein sets conditions of release; Dft. is released to inpatient drug treatment, he shall complete the program and return for further hearing. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/16/2005) |
| 04/28/2005 | 9 | Judge Judith G. Dein : ORDER entered. ORDER Setting Conditions of Release (Quinn, Thomas) (Entered: 05/16/2005) |
| 05/13/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Charles Carrington held on 5/13/2005; AUSA Connolly and Attorney Shea report case status; Next status is set for 6/16/05 @ 10:45am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/16/2005) |
| 05/13/2005 | 10 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Charles Carrington Status Conference set for 6/16/2005 10:45 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/16/2005) |
| 05/13/2005 | 11 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Charles Carrington Time excluded from 5/13/05 until 6/16/05. (Quinn, Thomas) (Entered: 05/16/2005) |
| 05/23/2005 | 12 | Ex Parte Application for Services as to Charles Carrington. (Patch, Christine) (Entered: 05/24/2005) |
| 05/24/2005 |  | Judge Patti B. Saris : Electronic ORDER entered granting 12 Ex Parte Motion as to Charles Carrington (1) (Patch, Christine) (Entered: 05/24/2005) |
| 06/16/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Charles Carrington held on 6/16/2005; |

| | | |
|---|---|---|
| | | AUSA Connolly and Attorney Shea report discovery is ongoing and seek further conference for 8/8/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/16/2005) |
| 06/16/2005 | 13 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Charles Carrington Status Conference set for 8/8/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/16/2005) |
| 06/16/2005 | 14 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Charles Carrington Time excluded from 6/16/05 until 8/8/05. (Quinn, Thomas) (Entered: 06/16/2005) |
| 07/15/2005 | | Judge Judith G. Dein : Electronic ORDER entered. as to Charles Carrington; The court has been informed by pretrial services (memo dated July 6, 2005) that there are no residential substance abuse treatment programs available to PTS for Mr. Carrington and this matter will be addressed at the next scheduled conference on 8/8/05 @ 10:00am. (Quinn, Thomas) (Entered: 07/15/2005) |
| 07/18/2005 | 15 | First MOTION for Authorization of Services or Funds *for Private Investigator* as to Charles Carrington. (Shea, Mark) Additional attachment(s) added on 7/28/2005 (Patch, Christine). (Entered: 07/18/2005) |
| 07/19/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 15 Motion for Authorization of Services or Funds as to Charles Carrington (1) (Patch, Christine) (Entered: 07/20/2005) |
| 08/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Charles Carrington held on 8/8/2005; AUSA Connolly and Attorney Larocque report case is ready to be sent to the district court; Attorney Larocque and PO Oxford report they have not been able to place dft. into an inpatient drug treatment program due to defendant's criminal record. USMJ Dein revokes previous order setting conditions of release and orders the defendant detained without prejudice. USMJ Dein will issue report and return file to the district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/08/2005) |
| 08/08/2005 | 16 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Charles Carrington (Quinn, Thomas) (Entered: 08/09/2005) |
| 08/08/2005 | 17 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Charles Carrington Time excluded from 8/8/05 until 9/8/05. (Quinn, Thomas) (Entered: 08/09/2005) |
| 08/10/2005 | 18 | NOTICE OF MOTION HEARING/PRETRIAL CONFERENCE as to Charles Carrington. Motion Hearing re Dispositive Motions/Pretrial Conference set for 10/5/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) Additional attachment(s) added on 8/15/2005 (Patch, Christine). (Entered: 08/10/2005) |
| 09/08/2005 | 19 | MOTION to Suppress *Statements* as to Charles Carrington. (Shea, Mark) |

|  |  | (Entered: 09/08/2005) |
|---|---|---|
| 09/08/2005 | 20 | MEMORANDUM in Support by Charles Carrington re 19 MOTION to Suppress *Statements* (Attachments: # 1 Exhibit Prisoner Booking Form# 2 Exhibit Advice of Rights / Waiver# 3 Exhibit FBI Report)(Shea, Mark) (Entered: 09/08/2005) |
| 09/09/2005 | 21 | MOTION to Suppress *Identification* as to Charles Carrington. (Shea, Mark) (Entered: 09/09/2005) |
| 09/09/2005 | 22 | MEMORANDUM in Support by Charles Carrington re 21 MOTION to Suppress *Identification* (Attachments: # 1 Exhibit Police Report)(Shea, Mark) (Entered: 09/09/2005) |
| 09/09/2005 | 23 | AFFIDAVIT in Support of Mark W Shea; by Charles Carrington re 21 MOTION to Suppress *Identification* (Shea, Mark) (Entered: 09/09/2005) |
| 09/22/2005 | 24 | MOTION for Extension of Time to September 30, 2005 to File Response/Reply *to defendant's motion to suppress statements* as to Charles Carringtonby USA. (Connolly, William) (Entered: 09/22/2005) |
| 09/23/2005 |  | Judge Patti B. Saris: ElectronicORDER entered granting 24 MOTION for Extension of Time to September 30, 2005 to File Response/Reply to defendant's motion to suppress statements as to Charles Carrington by USA. (Alba, Robert) (Entered: 09/23/2005) |
| 10/03/2005 | 26 | MOTION to Seal as to Charles Carrington. (Patch, Christine) (Entered: 10/04/2005) |
| 10/04/2005 | 25 | MEMORANDUM in Opposition by USA as to Charles Carrington re 19 MOTION to Suppress *Statements*, 21 MOTION to Suppress *Identification* (Connolly, William) (Entered: 10/04/2005) |
| 10/05/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing on Motions to Suppress as to Charles Carrington held on 10/5/2005. Government presents it's case. Further Evidentiary Hearing set for 10/21/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/05/2005) |
| 10/21/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing as to Charles Carrington held on 10/21/2005. (Court Reporter Lee Marzilli / Marie Cloonan.) (Alba, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 27 | EXHIBIT LIST for Evidentiary Hearing held on 10/5/05 and 10/21/05 as to Charles Carrington. (Alba, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 28 | WITNESS LIST for Evidentiary Hearing held on 10/5/05 and 10/21/05 as to Charles Carrington. (Alba, Robert) (Entered: 10/21/2005) |
| 01/18/2006 | 29 | MOTION for transcripts at government expense as to Charles Carrington. (Attachments: # 1 Appendix CJA form# 2 Appendix bill)(Shea, Mark) (Entered: 01/18/2006) |

| | | |
|---|---|---|
| 01/20/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 29 Motion for Transcript at Government Expense as to Charles Carrington (1) (Patch, Christine) (Entered: 01/23/2006) |
| 01/30/2006 | 30 | MOTION for Psychiatric Exam as to Charles Carringtonby USA. (Connolly, William) (Entered: 01/30/2006) |
| 01/31/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 30 MOTION for Psychiatric Exam as to Charles Carringtonby USA. "ALLOWED. A COMPETENCY HEARING IS SCHEDULED FOR MARCH 17, 2006, AT 2:00 P.M." (Alba, Robert) (Entered: 01/31/2006) |
| 03/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Competency Hearing as to Charles Carrington held on 3/17/2006. Parties report that an Examiner has not been appointed. Parties to confer on the name of an Examiner and submit on order to the court. Status Conference (if necessary) set for 3/27/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/17/2006) |
| 04/04/2006 | 31 | NOTICE *of agreement of examiner* by Charles Carrington (Connolly, William) (Entered: 04/04/2006) |
| 04/04/2006 | 32 | PROPOSED ORDER(S) submitted by USA as to Charles Carrington (Connolly, William) (Entered: 04/04/2006) |
| 04/04/2006 | 33 | Judge Patti B. Saris : ORDER Appointing Examiner to Evaluate Defendant's Competency to Stand Trial entered as to Charles Carrington (Patch, Christine) (Entered: 04/06/2006) |
| 06/09/2006 | 34 | Second MOTION for Authorization of Services or Funds *for Dr. Eric Mart* as to Charles Carrington. (Shea, Mark) Additional attachment(s) added on 6/12/2006 (Patch, Christine). Additional attachment(s) added on 6/21/2006 (Patch, Christine). (Entered: 06/09/2006) |
| 06/12/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 34 corrected because: it should not have been filed electronically, as it is an ex parte motion as to Charles Carrington (Patch, Christine) (Entered: 06/12/2006) |
| 06/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 34 Ex Parte Motion as to Charles Carrington (1) (Patch, Christine) (Entered: 06/14/2006) |
| 06/23/2006 | 35 | NOTICE OF STATUS CONFERENCE as to Charles Carrington. Status Conference set for 7/10/2006 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 06/23/2006) |
| 07/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Charles Carrington held on 7/10/2006. Government reports to Court on status of evaluation. Further Status Conference set for 7/19/2006 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/10/2006) |

| | | |
|---|---|---|
| 07/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Charles Carrington held on 7/19/2006. Court defers ruling on issue of competency. Further Status Conference set for 11/16/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Marcia Patrisso.) (Alba, Robert) (Entered: 07/19/2006) |
| 07/19/2006 | | Judge Patti B. Saris : Electronic ORDER entered re 19 Motion to Suppress Statements as to Charles Carrington (1). "The defendant has been held incompetent to stand trial. Accordingly, I stay consideration of the motion until defendant is competent or until further order of the Court. All time is excluded under the Speedy Trial Act." (Patch, Christine) (Entered: 07/20/2006) |
| 08/03/2006 | 36 | Judge Patti B. Saris : ORDER entered as to Charles Carrington. (Patch, Christine) (Entered: 08/10/2006) |
| 09/18/2006 | 37 | PROPOSED ORDER(S) submitted by Charles Carrington (Shea, Mark) (Entered: 09/18/2006) |
| 09/25/2006 | 38 | Judge Patti B. Saris : ORDER entered as to Charles Carrington. "It is hereby ordered by the Court that the property of Charles Carrington, at the Plymouth House of Correction, be stored and maintained until his return on or about November 16, 2006." (Patch, Christine) (Entered: 10/02/2006) |
| 10/10/2006 | 39 | MOTION to Compel as to Charles Carrington. (Shea, Mark) (Entered: 10/10/2006) |
| 10/11/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 39 Motion to Compel as to Charles Carrington (1) (Patch, Christine) (Entered: 10/13/2006) |
| 11/01/2006 | 40 | MOTION for Defendant's Appearance by Video Conference as to Charles Carrington. (Shea, Mark) (Entered: 11/01/2006) |
| 11/15/2006 | 41 | Letter to Judge Saris from J. M. Roberts stating that Mr. Carrington will remain at the United States Medical Center for Federal Prisoners for psychological evaluation as to Charles Carrington (Patch, Christine) (Entered: 11/15/2006) |
| 11/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Charles Carrington held on 11/16/2006. Further Status Conference set for 2/14/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/16/2006) |
| 02/14/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Charles Carrington held on 2/14/2007. Defendant orally moves for release. Defendant to file a written motion for release by 2/20/07. Government to respond by 2/26/07. Further Status Conference set for 2/27/2007 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) Modified on |

| | | |
|---|---|---|
| | | 2/14/2007 (Alba, Robert). (Entered: 02/14/2007) |
| 02/21/2007 | 42 | MOTION to Dismiss as to Charles Carrington. (Shea, Mark) (Entered: 02/21/2007) |
| 02/21/2007 | 43 | AFFIDAVIT in Support by Charles Carrington re 42 MOTION to Dismiss (Shea, Mark) (Entered: 02/21/2007) |
| 02/21/2007 | 44 | MEMORANDUM in Support by Charles Carrington re 42 MOTION to Dismiss (Attachments: # 1 Exhibit BOP Program Statement 5310.12) (Shea, Mark) (Entered: 02/21/2007) |
| 02/22/2007 | 45 | PROPOSED ORDER(S) submitted by Charles Carrington (Shea, Mark) (Entered: 02/22/2007) |
| 02/23/2007 | 46 | Judge Patti B. Saris: ORDER entered as to Charles Carrington. "It is hereby ordered by the Court that the property of Charles Carrington, at the Plymouth House of Correction, be stored and maintained until his return on or about March 15, 2007." (Alba, Robert) (Entered: 02/23/2007) |
| 02/26/2007 | 47 | MEMORANDUM in Opposition by USA as to Charles Carrington re 42 MOTION to Dismiss (Connolly, William) (Entered: 02/26/2007) |
| 02/27/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Charles Carrington held on 2/27/2007. Court addresses status of defendant Carrington. Court denies defendant's Motion to Dismiss. Court to order the U.S. Marshal Service to have Mr. Carrington returned to the District of Massachusetts. Court sets further Status Conference for 3/5/2007 at 10:00 AM. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/27/2007) |
| 02/27/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Charles Carrington. The Status Conference previously set for 3/5/07 has been rescheduled to a Status/Competency Hearing on 3/22/2007 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 02/27/2007) |
| 02/27/2007 | 48 | Judge Patti B. Saris: ORDER entered directing U.S. Bureau of Prisons to immediately release Charles Carrington to the custody of the U.S. Marshal Service. (Alba, Robert) (Entered: 02/27/2007) |
| 02/27/2007 | 49 | MOTION for Authorization of Services or Funds *for Dr. Eric Mart* as to Charles Carrington. (Shea, Mark) (Entered: 02/27/2007) |
| 02/27/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 42 Motion to Dismiss as to Charles Carrington (1) (Patch, Christine) (Entered: 03/01/2007) |
| 02/28/2007 | | Judge Patti B. Saris : ORDER entered granting 49 Motion for Services of Dr. Eric Mart as to Charles Carrington (1) (Patch, Christine) (Entered: 03/01/2007) |
| 03/15/2007 | 50 | PROPOSED ORDER(S) submitted by Charles Carrington (Shea, Mark) |

|  |  | (Entered: 03/15/2007) |
|---|---|---|
| 03/17/2007 | 53 | Judge Patti B. Saris : ORDER entered. as to Charles Carrington. "It is hereby ordered that the property of Charles Carrington, at the Plymouth House of Correction, be stored and maintained until his return on or about April 17, 2007." (Patch, Christine) (Entered: 03/23/2007) |
| 03/19/2007 |  | ELECTRONIC NOTICE OF RESCHEDULED PROCEEDING as to Charles Carrington. The Status/Competency Hearing previously scheduled for 3/22/07 at 4:00 p.m. is RESCHEDULED to a Competency Hearing on 3/22/07 at 3:00 PM. (Alba, Robert) (Entered: 03/19/2007) |
| 03/22/2007 | 51 | MOTION to Strike *Competency Determination* as to Charles Carrington. (Shea, Mark) (Entered: 03/22/2007) |
| 03/22/2007 | 52 | MEMORANDUM in Support by Charles Carrington re 51 MOTION to Strike *Competency Determination* (Shea, Mark) (Entered: 03/22/2007) |
| 03/22/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Competency Hearing as to Charles Carrington held on 3/22/2007. Continued Evidentiary Competency Hearing set for 4/6/07 at 2:00 PM and 4/9/07 at 2:00 p.m. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/22/2007) |
| 04/02/2007 | 54 | NOTICE *re Expert Reports* by Charles Carrington (Connolly, William) (Entered: 04/02/2007) |
| 04/06/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Continued Evidentiary Competency Hearing as to Charles Carrington held on 4/6/2007. Further Continued Evidentiary Competency Hearing set for 4/9/2007 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 04/06/2007) |
| 04/09/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Continued Evidentiary Competency Hearing as to Charles Carrington held on 4/9/2007. Further Evidentiary Competency Hearing set for 5/1/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 04/09/2007) |
| 05/01/2007 | 55 | Fourth MOTION for Authorization of Services or Funds *for Dr. Eric Mart* as to Charles Carrington. (Shea, Mark) (Entered: 05/01/2007) |
| 05/01/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Further Evidentiary Competency Hearing as to Charles Carrington held on 5/1/2007. Parties rest. Non-Evidentiary Hearing set for 6/14/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 05/01/2007) |
| 05/01/2007 | 56 | COURT'S EXHIBIT LIST for Evidentiary Competency Hearing held on 3/22/07, 4/6/07 and 5/1/07 as to Charles Carrington. (Alba, Robert) (Entered: 05/01/2007) |
| 05/01/2007 | 57 | COURT'S WITNESS LIST for Evidentiary Competency Hearing held on |

CM/ECF - USDC Massachusetts - Version ESR 3.1.2 as of 12/15/2007
Case 1:05-cr-10074-PBS   Document 75-2   Filed 04/17/2008   Page 11 of 13
Page 12 of 13

| | | |
|---|---|---|
| | | 3/22/07, 4/6/07 and 5/1/07 as to Charles Carrington. (Alba, Robert) (Entered: 05/01/2007) |
| 05/07/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 55 Motion for Authorization of Services of Dr. Eric Mart as to Charles Carrington (1) (Patch, Christine) (Entered: 05/10/2007) |
| 05/18/2007 | 58 | NOTICE OF ATTORNEY APPEARANCE: Jean C LaRocque appearing for Charles Carrington (LaRocque, Jean) (Entered: 05/18/2007) |
| 05/29/2007 | | ELECTRONIC NOTICE OF RESCHEDULED HEARING as to Charles Carrington. The Non-Evidentiary Hearing previously set for 6/14/07 has been RESCHEDULED to 7/18/2007 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 05/29/2007) |
| 07/18/2007 | 59 | First MOTION to Continue *Hearing* to July 24, 2007 as to Charles Carrington. (Shea, Mark) (Entered: 07/18/2007) |
| 07/18/2007 | | ELECTRONIC NOTICE OF RESCHEDULED HEARING as to Charles Carrington. The Status Hearing previously set for 7/18/07 has been RESCHEDULED to 7/24/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 07/18/2007) |
| 07/19/2007 | | Judge Patti B. Saris: Electronic ORDER entered allowing 59 First MOTION to Continue Hearing to July 24, 2007 as to Charles Carrington. "Allowed. The Status Hearing is continued to July 24, 2007, at 2:00 PM." (Alba, Robert) (Entered: 07/19/2007) |
| 07/23/2007 | 60 | PROPOSED DOCUMENT(S) submitted to the Court by Charles Carrington (Shea, Mark) (Entered: 07/23/2007) |
| 07/23/2007 | 61 | REQUEST FOR SPECIAL FINDINGS OF FACT and Rulings of Law by Charles Carrington. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 07/24/2007) |
| 07/24/2007 | | Notice of correction to docket made by Court staff. Correction: Document No. 60 corrected because: it was filed using the incorrect event. Please refer to Document No. 61 for corrected filing, as to Charles Carrington (Patch, Christine) (Entered: 07/24/2007) |
| 07/24/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Status Conference as to Charles Carrington held on 7/24/2007. Court and counsel discuss issue of competency. Defense to notify Government by 8/24/07 re use of insanity defense. Government to respond to Defendant's Findings of Fact. Court sets Final Pretrial Conference for 8/28/2007 at 3:00 PM. Jury Trial set for 9/4/2007 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/24/2007) |
| 08/24/2007 | 63 | Assented to MOTION to Continue to 11/5/2007 to Trial as to Charles Carrington. (Shea, Mark) (Entered: 08/24/2007) |
| 08/28/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Final Pretrial Conference as to Charles Carrington held on 8/28/2007. |

| | | |
|---|---|---|
| | | Status Conference/Change of Plea set for 10/4/2007 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 11/13/2007 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 08/28/2007) |
| 08/28/2007 | | Judge Patti B. Saris: Electronic ORDER entered allowing 63 Assented to MOTION to Continue to 11/5/2007 to Trial as to Charles Carrington. "Allowed. The trial is rescheduled to November 13, 2007 at 9:00 a.m." (Alba, Robert) (Entered: 08/28/2007) |
| 09/28/2007 | 64 | NOTICE *of Intent to Assert Lack of Criminal Responsibility Defense* by Charles Carrington (Shea, Mark) (Entered: 09/28/2007) |
| 10/04/2007 | 65 | NOTICE OF ATTORNEY APPEARANCE Kenneth G. Shine appearing for USA. (Shine, Kenneth) (Entered: 10/04/2007) |
| 10/04/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Status Conference as to Charles Carrington held on 10/4/2007. Atty Connolly and Laroque present. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/04/2007) |
| 11/08/2007 | 66 | Assented to MOTION to Continue *Trial* to 1/15/07 and to Schedule a Rule 11 Hearing as to Charles Carrington. (Attachments: # 1 Affidavit Support Motion to Continue)(Shea, Mark) Modified on 11/13/2007 (Patch, Christine). (Entered: 11/08/2007) |
| 11/08/2007 | | Judge Patti B. Saris: Electronic ORDER entered regarding 66 Assented to MOTION to Continue Trial to 1/15/07 to Rule 11 Hearing as to Charles Carrington. "Allowed in part. I want to do any plea in December. If it falls apart, this case gets top priority for trial in January. It is so old. Rule 11 Plea Hearing set for December 11, 2007 at 4:30 PM. Jury Trial continued to January 14, 2008 at 9:00 AM." (Alba, Robert) (Entered: 11/08/2007) |
| 11/13/2007 | 67 | Fifth MOTION for Authorization of Services or Funds *for Psychologist Dr. Eric Mart* as to Charles Carrington. (Shea, Mark) (Entered: 11/13/2007) |
| 11/16/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 67 Motion for Authorization of Services of Dr. Eric Mart as to Charles Carrington (1). "Allowed up to $1600." (Patch, Christine) (Entered: 11/20/2007) |
| 12/11/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Change of Plea Hearing as to Charles Carrington held on 12/11/2007. Plea entered by Charles Carrington (1) Guilty Count 1. Sentencing set for 3/19/2008 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.)(Attorneys present: Connolly, Shine, Shea) (Alba, Robert) (Entered: 12/11/2007) |
| 12/11/2007 | 68 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Charles Carrington Sentencing set for 3/19/2007 03:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/13/2007) |

| | | |
|---|---|---|
| 03/06/2008 | 69 | TRANSCRIPT of Rule 11 Hearing as to Charles Carrington held on December 11, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/06/2008) |
| 03/11/2008 | 70 | Sixth MOTION for Authorization of Services or Funds *for Dr Eric Mart* as to Charles Carrington. (Shea, Mark) (Entered: 03/11/2008) |
| 03/12/2008 |  | Judge Patti B. Saris: Electronic ORDER entered granting 70 Motion for Authorization of Services of Dr. Eric Mart as to Charles Carrington (1) (Patch, Christine) (Entered: 03/13/2008) |
| 03/16/2008 | 71 | MOTION for Extension of Time to 3/16/08 to File Sentencing Memo as to Charles Carrington. (Attachments: # 1 Sentencing Memo, # 2 Exhibit Mucci letter)(Shea, Mark) (Entered: 03/16/2008) |
| 03/19/2008 |  | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Evidentiary Sentencing held on 3/19/2008 for Charles Carrington (1), Count(s) 1. Court sentences defendant to 151 months imprisonment, 36 months supervised release w/conditions, $100 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Attorneys present: Shine, Shea) (Alba, Robert) Modified on 4/8/2008 (Alba, Robert). (Entered: 03/19/2008) |
| 03/20/2008 | 72 | Judge Patti B. Saris: ORDER entered. JUDGMENT as to Charles Carrington (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 151 months. Defendant to receive credit for time served from 12/28/04. The Court makes a recommendation to a facility with the 500 hour drug treatment program, with the c-pap program, and with mental health treatment capabilities. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months with conditions: First three months of SR to be served in a drug treatment program; mental health counseling; drug testing not to exceed 104/year; get G.E.D. The $100 Special Assessment is due immediately. (Patch, Christine) (Entered: 03/24/2008) |
| 03/29/2008 | 73 | NOTICE OF APPEAL as to 72 Judgment by Charles Carrington NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/18/2008. (Shea, Mark) Modified on 3/31/2008 (Patch, Christine). (Entered: 03/29/2008) |
| 04/11/2008 | 74 | Seventh MOTION for Authorization of Services or Funds *for Dr. Eric Mart* as to Charles Carrington. (Shea, Mark) (Entered: 04/11/2008) |