UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                              Criminal No. 1:05-cr-10074-PBS

CHARLES CARRINGTON

### Motion to Seal Transcript of Competency Hearing

The defendant in the above-entitled matter moves that this Honorable Court order that the transcript of the competency hearing held on March 22, 2007 be sealed. As reason therefore, the transcript contains personal information regarding the defendant that should not be made available for public viewing on PACER.

Charles Carrington
By his attorney

/s/ Mark W Shea
Mark W. Shea
SHEA & LaROCQUE
47 3rd Street, Suite 201
Cambridge, MA 02141
(617) 577-8722

Dated: June 9, 2008

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2008.

/s/ Mark W. Shea
MARK W. SHEA